# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00334-BNB

DAVID L. JACKSON,
    Plaintiff,

v.

BUREAU OF PRISONS,
HECTOR RIOS, JR.,
KYLE JOHNSON,
MARINA MEDINA,
HARREL WATTS,
MICHAEL K. NALLEY,
JERRY JONES,
JEROME ZUERCHER,
SARA M. REVELL,
WENDY MONTGOMERY,
MELISSA DALY,
RICHARD DERR,
STEVEN MIDOCK, JR.,
JASONS UNWIN,
ADAM JOLLY,
JEFFRY BLANK,
MERRY WILNER,
ROBERT PACHECO,
EDWARD GRAMM,
ERIC HANSEN, and
L. GARICA (first name unknown),
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 1 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion to Clarify and Give Notice, (Doc. No. 4), filed February 19, 2008, is DENIED as moot.

Dated: April 1, 2008

Copies of this Minute Order mailed on April 1, 2008, to the following:

David L. Jackson
Reg. No. 27944-013
USP - Florence
PO Box 7000
Florence, CO 81226

                              Secretary/Deputy Clerk