IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00334-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 06 2008

GREGORY C. LANGHAM
CLERK

DAVID L. JACKSON,

    Plaintiff,

v.

BUREAU OF PRISONS,
HECTOR RIOS, JR.,
KYLE JOHNSON,
MARINA MEDINA,
HARREL WATTS,
MICHAEL K. NALLEY,
JERRY JONES,
JEROME ZUERCHER,
SARA M. REVELL,
WENDY MONTGOMERY,
MELISSA DALY,
RICHARD DERR,
STEVEN MIDOCK, JR.,
JASONS UNWIN,
ADAM JOLLY,
JEFFRY BLANK,
MERRY WILNER,
ROBERT PACHECO,
EDWARD GRAMM,
ERIC HANSEN, and
L. GARCIA (first name unknown),

    Defendants.

## ORDER OF DISMISSAL

Plaintiff David L. Jackson, a federal prisoner incarcerated in the State of

Colorado, initiated this action by filing a *pro se* Prisoner Complaint pursuant to *Bivens*

*v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). On April 28, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Jackson to file an Amended Complaint in keeping with Fed. R. Civ. P. 8 and with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Jackson was warned that the action would be dismissed without further notice if he failed to file an Amended Complaint within thirty days.

Mr. Jackson now has failed within the time allowed to file an Amended Complaint. Plaintiff also has failed to respond to Magistrate Judge Boland's April 28, 2008, Order in any way. The Court has reviewed the Complaint, concurs with Magistrate Judge Boland's findings, and finds that the action should be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to file an Amended Complaint as directed and for failure to prosecute.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00334-BNB

David L. Jackson
Reg. No. 27944-013
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed and a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/6/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk